1   DENNIS P. RIORDAN, Esq. (SBN 69320)
    DONALD M. HORGAN, Esq. (SBN 121547)
2   RIORDAN & HORGAN
    523 Octavia Street
3   San Francisco, CA  94102
    Telephone: (415) 431-3472
4   Facsimile: (415) 552-2703
    E-mail: dennis@riordan-horgan.com
5
    Attorneys for Petitioner
6   MARCOS CAMPOS

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARCOS CAMPOS,              )      No.  **CV 12 3369 SI**
                                 )
12          Petitioner,          )      **[~~PROPOS~~ED] ORDER**
                                 )
13          v.                   )
                                 )
14   MARTIN BITER, Warden, Kern Valley )
     State Prison,               )
15                               )
            Respondent.          )
16   ─────────────────────────────  )

17       This action is hereby reopened and the existing stay is lifted.  Petitioner shall file his

18   amended petition and supporting memorandum in the matter on or before April 29, 2013.

19

20   Dated: ___4/18/13_____        _____
                                       The Honorable Susan Ilston
21                                     United States District Judge

22

23

24

25

26

27

28

     [Proposed] Order