DENNIS P. RIORDAN, Esq. (SBN 69320)
DONALD M. HORGAN, Esq. (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA  94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
E-mail: dennis@riordan-horgan.com

Attorneys for Petitioner
MARCOS CAMPOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CAMPOS, | No. **CV 12 3369 SI** |
| Petitioner, | [~~PROPOS~~ED] ORDER |
| v. | |
| MARTIN BITER, Warden, Kern Valley State Prison, | |
| Respondent. | |

This action is hereby reopened and the existing stay is lifted.  Petitioner shall file his amended petition and supporting memorandum in the matter on or before April 29, 2013.

Dated: ___4/18/13_____          _____
                                                           The Honorable Susan Ilston
                                                           United States District Judge

**[Proposed] Order**