IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS REIS-CAMPOS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MARTIN BITER,<br><br>　　　　Respondent.　　　　　　　　／ | No. C 12-03369 SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE